**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RYAN HENDERSON,

      Plaintiff,

v.                                                                      Case No: 8:14-cv-688-T-30TBM

DELCO'S ORIGINAL STEAKS AND
HOAGIES and EDWARD CROWLEY,

      Defendants.

_____

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal With Prejudice (Dkt. #9).   Upon

review and consideration, it is

      **ORDERED AND ADJUDGED** as follows:

1.      This cause is dismissed with prejudice.

2.      All pending motions are denied as moot.

3.      The Clerk is directed to close this case.

      **DONE** and **ORDERED** in Tampa, Florida, this 6th day of May, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record